MARY MRULA, Appellant, *v.* PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent.

Argued June 12, 1944; decided July 19, 1944.

*Joseph S. Kaszubowski* and *Elijah W. Holt* for appellant.

*Alger A. Williams* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.